# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

150376

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ANNE M. HANTON, Trustee of the ANNE M. HANTON TRUST DATED 5/18/06,
      Plaintiff-Appellee,

v

HANTZ FINANCIAL SERVICES, INC., HANTZ GROUP, INC., JOHN FREDERICK BEEBE, ALLEN JAMES KLEIN, JOHN FRANCIS MACINTOSH, LISA CARMELLA MCCLAIN, DUANE ALLAN MCCOLLUM, JAIME MILLER RACINE, MICHAEL ORAS REID, JEFFREY HAROLD SOPER, CHARLES FRANK TOURANGEAU, EDWARD ERWIN VETTEL, JR., RENEE ANN YAROCH, STEPHEN ROBERT ZURAWSKI and JOHN RUSSELL HANTZ,
      Defendants-Appellants.

SC: 150376
COA: 314889
Oakland CC: 2012-125447-NZ

_____/

      On order of the Court, the application for leave to appeal the September 23, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



t0513

                    Clerk